UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROBERT L. RAYMOND, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 8-156-P-S |
| | ) |
| PAUL CUMMINGS, | ) |
| | ) |
|     Defendant. | ) |

**RECOMMENDED DECISION**

On May 15, 2008, Plaintiff filed two complaints pursuant to 42 U.S.C. § 1983. His application to proceed *in forma pauperis* was not on the proper form or certified in the proper manner in both of the cases he filed on May 15, 2008. I ordered him to correct the deficiencies in both cases by June 9, 2008. He has not done so. The mail that was sent to him advising him of my order has been returned in each case as undeliverable. The Plaintiff has apparently been released from the correctional facility and left no forwarding address. He has not contacted the court with a new address and since we have no way to contact him, I recommend the cases be dismissed because Plaintiff has failed to pay the filing fee or submit a proper *in forma pauperis* application and has otherwise failed to prosecute these actions.

NOTICE

    A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) for which *de novo* review by the district court is sought, together with a supporting memorandum, within ten (10) days of being served with a copy thereof. A responsive memorandum shall be filed without ten (10) days after the filing of the objection.

    Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge

June 11, 2008