# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **ROBERT L. RAYMOND,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil No.  08-156-P-S |
| ) | |
| **PAUL CUMMINGS,** ) | |
| ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 5) filed June 11, 2008, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the complaint filed by Plaintiff is **DISMISSED.**

      /s/ George Z. Singal        
Chief United States District Judge

Dated this 11th day of July, 2008.